IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOHN DOUG REED, SR. | ) | BANKRUPTCY NO. 08-40051 |
| | ) | CHAPTER 7 |
| Debtor(s) | ) | |

**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Comes now the Trustee and shows the Court as follows:

1. That Trustee filed his Final Report and Distribution Summary with the Clerk of this Court on August 1, 2011.

2. That pursuant to said Distribution Summary your Trustee issued checks dated August 23, 2011, to the creditors as set forth in the Distribution Summary.

3. That check number 5006 payable to Midwest Verizon Wireless was returned as creditor was unable to locate account in their system.

4. That Trustee needs to proceed in closing this case and pursuant to Rule 3011 the remaining unclaimed amount and the name and last known address of the claimant is as follows:

Midwest Verizon Wireless          Amount:  $78.05
P.O. Box 3397
Bloomington IL 61702

6. That your Trustee's check in the total amount of $78.05 payable to the Clerk of this Court will be paid directly to the Clerk of this Court.

 /s/ Edward Chosnek
Trustee
P.O. Box 708
Lafayette, Indiana  47902
Telephone:  (765) 742-9081
e-mail:  trustee@chosneklaw.com

**CERTIFICATE OF SERVICE**

       I certify that on the 27th day of October, 2011, service of a true and complete copy of the foregoing Transmittal of Unclaimed Funds was made upon the following either by electronic notice or by depositing the same in the United States Mail in an envelope properly addressed and with sufficient first class postage affixed:

U.S. Trustee
Brad Woolley

       /s/ Edward Chosnek